| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669<br>City Attorney |
| 2 | RONALD P. FLYNN, State Bar #184186<br>Chief Deputy City Attorney |
| 3 | ELAINE M. O'NEIL, State Bar #142234<br>Deputy City Attorney |
| 4 | Fox Plaza<br>1390 Market Street, Suite 425 |
| 5 | San Francisco, CA 94102-5408<br>Telephone: (415) 554-4708 |
| 6 | Facsimile: (415) 255-0733<br>E-Mail: Ronald.Flynn@sfcityatty.org |
| 7 | |
| 8 | Attorneys for Defendants<br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO PUBLIC UTILITIES |
| 9 | COMMISSION, SAN FRANCISCO MUNICIPAL TRANSPORTATION AGENCY, SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS, LONDON BREED, MOHAMMED NURU |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNERGY PROJECT MANAGEMENT, INC., <br><br>  Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO PUBLIC UTILITIES COMMISSION, SAN FRANCISCO MUNICIPAL TRANSPORTATION AGENCY, SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS, LONDON BREED, MOHAMMED NURU, and DOES 1-100,<br><br>  Defendants. | Case No. 3:17-cv-06763-JST<br><br>**STIPULATION AND [PROPOSED] ORDER ENLARGING TIME FOR OPPOSITION AND REPLY ON DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE STRIKE, PORTIONS OF PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>New Hearing Date: February 8, 2018<br>Time: 2:00 p.m.<br>Place: Courtroom 9, 19th Floor<br><br>Trial Date: None Set |

WHEREAS, On November 24, 2017, Defendants removed to this Court Plaintiff's action which was originally filed in San Francisco Superior Court. ECF 1;

WHEREAS, On December 1, 2017, counsel for Defendants, Ronald P. Flynn, filed a Motion to Dismiss, or in the Alternative Strike, Portions of Plaintiff's First Amended Complaint ("Motion to Dismiss"). ECF 8. The hearing was set for January 8, 2018;
Stipulation & ~~Proposed~~ Order  1  n:\constr\li2017\180435\01240595.docx
Case No. 3:17-cv-06763-JST

1     WHEREAS, On December 8, 2017, Johnny D. Knadler contacted Mr. Flynn and indicated that he was being engaged as Plaintiff's counsel on the matter and would seek a continuance of the hearing and briefing schedule on the Motion to Dismiss. Defendants agreed that once Mr. Knadler appeared in the case as counsel for Plaintiffs, we could come to an agreement on schedule;

    WHEREAS, On December 11, 2017, Mr. Knadler filed a Notice of Appearance. ECF 13;

    WHEREAS, On December 12, 2017, the Court issued an order vacating the hearing date pending reassignment. ECF 15;

    WHEREAS, on December 14, 2017, at the parties request, the Court set the new hearing for February 8, 2018, and issued a Clerk's Notice for the parties to submit a stipulation and order to enlarge the briefing schedule should they wish to do so. ECF 18;

    WHEREAS, having just been retained for the matter, and given his current schedule, counsel for Plaintiff needs additional time to respond to the Motion to Dismiss until January 12, 2018;

    WHEREAS, counsel for Defendants has obligations the week of Janauy 15, 2018 and therefore requested, and was granted by counsel Plaintiff, additional time until January 24, 2018 to file the reply brief;

    WHEREAS, no previous time modifications have been requested or granted in the case, and given that the Initial Case Management Conference is set for March 28, 2018, and that the hearing on this motion is set for February 8, 2018, this request for time modification will not impact the schedule for the case;

    NOW THEREFORE, the parties hereby stipulate that they will adhere to the following schedule for the oppositon and reply briefing of Defendants' Motoin to Dismiss, and respectfully request that the Court so order:

- Janaury 12, 2018: Deadline for Plaintiff to file opposittion to Motion to Dismiss
- January 24, 2018: Deadline for Defendants' to file a reply in support of Motion to Dismiss

//
//
//

DATED: December 15, 2017    Respectfully submitted,

                            DENNIS J. HERRERA
                            City Attorney

                            By: */s/ RONALD P. FLYNN*
                                RONALD P. FLYNN

                            Attorneys for Defendants
                            CITY AND COUNTY OF SAN FRANCISCO, ET AL

DATED: December 15, 2017

                            JOHNNY D. KNADLER
                            Law Office of Johnny D. Knadler

                            By: */s/ JOHNNY D. KNADLER*
                                JOHNNY D. KNADLER
                                Senior Trial Counsel

                            Attorneys for Plaintiff
                            SYNERGY PROJECT MANAGEMENT, INC.

**ATTESTATION OF SIGNATURES**

I, RONALD P. FLYNN, hereby attest, pursuant to Local Civil Rule 5-1(i)(3) of the Northern District of California, that concurrence in the filing of this document has been obtained from each signatory hereto.

          */S/ RONALD P. FLYNN*
          RONALD P. FLYNN

          Attorneys for Defendants
          CITY AND COUNTY OF SAN FRANCISCO, ET AL

# **ORDER**

Based on the written stipulation of the parties and good cause appearing therefore, I find that Plaintiff's deadline to file an opposition to Defendants Motion to Dismiss shall be extended until January 12, 2018. Defendants' deadline to file a reply in support of Defendants Motion to Dismiss shall be extended January 24, 2018.

**IT IS SO ORDERED.**

DATED: December __15__, 2017

_____
HONORABLE JON S. TIGAR
United States District Judge

Stipulation & ~~Proposed~~ Order  5  n:\constr\li2017\180435\01240595.docx
Case No. 3:17-cv-06763-JST